| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Michael A. Rossum, §
§
        Plaintiff, §
§
v. § Civil Action G-17-66
§
Nancy Berryhill, §
§
        Defendant. §

# Final Judgment

The commissioner's decision is affirmed. Michael A. Rossum takes nothing from Nancy Berryhill.

Signed on June 5, 2019, at Houston, Texas.

---

Lynn N. Hughes
United States District Judge